# Kenneth Geller, P.C.
Attorney at Law
372 Doughty Boulevard
Inwood, NY 11096
Tel.: (516) 371-0967
Fax: (516) 371-1579

August 9, 2011

VIA ELECTRONIC FILING

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 09 2011 ★
LONG ISLAND OFFICE

Re: Cumberland Farms, Inc.. v.
Lexico Enterprises, Inc. and Frank Keshtgar
Case no.: 2:10 cv 4658-ADS-AKT

Dear Judge Spatt

This office represents the Defendants in the above and writes to request an extension of time to submit its opposition to Plaintiff's motion for summary judgment to August 22, 2011, from August 12.

I am a sole practitioner and unexpected hearings, court appearances and court appearances taking longer than scheduled prompts this request. This is the first request for an extension.

I have discussed Defendants' request with Plaintiff's counsel and he neither objects nor consents to the request.

Respectfully submitted,
Kenneth Geller, PC

S/
By: Kenneth Geller

cc: via e-mail psansone@goodwin.com
Shipman & Goodwin LLP
Attn.: Paul Sansone, Esq.

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

*[Handwritten order:]* The defendants are directed to re-submit this request, setting forth a proposed revised date for reply. So ordered.

/S/
_____
U.S.D.J. Arthur D. Spatt